FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

10 NOV 24  PM 2:43

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Violation Number 2304801-NE14 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MARIA L. GARZA, | ) | |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office, the hearing is continued until March

29, 2011.

ORDERED this ___24___ day of November, 2010.

BY THE COURT:

THOMAS D. THALKEN
UNITED STATES MAGISTRATE JUDGE